191

(No. 7053 )

Itek Business Products, Claimant, *vs.* State of Illinois, Department of General Services, Respondent.

*Opinion filed February 1, 1973.*

Itek Business Products, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.

(No. 7068 )

Community General Hospital, Claimant, *vs.* State of Illinois, Department of Mental Health, Respondent.

*Opinion filed February 1, 1973.*

Community General Hospital, Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Per Curiam.